UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-29-1D-(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | O R D E R |
| | ) | |
| EVERETT SHAKAR HARRY | ) | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to EVERETT SHAKAR HARRY, be changed to reflect the proper identification of the defendant as EVERETTE SAHKAR HARRY.

This the __31__ day of __August__, 2011.

_____
JAMES C. DEVER
UNITED STATES DISTRICT JUDGE